1

2

3 UNITED STATES DISTRICT COURT

4 NORTHERN DISTRICT OF CALIFORNIA

5

6

7                                                    )      3:07-CV-01891
   IN RE: BEXTRA AND CELEBREX                        )
8  MARKETING SALES PRACTICES AND                     )      MDL NO. 1699
   PRODUCT LIABILITY LITIGATION                      )      District Judge: Charles R. Breyer
9                                                    )

10 Walter Howard & Sharon Howard,                    )
                                                     )
11                          Plaintiff(s),            )      STIPULATION AND ORDER OF
                                                     )      DISMISSAL WITH PREJUDICE
12                   vs.                             )
                                                     )
13 Pfizer Inc, et al.                                )
                            Defendants.              )
14                                                   )
                                                     )
15                                                   )
                                                     )
16

17
        Come now the Plaintiff(s), **Walter Howard & Sharon Howard**, individually and
18
   Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil
19
   Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action with prejudice with
20
   each side bearing its own attorneys' fees and costs.
21

22

23

24

25

26

27

28

-1-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

DATED: **Jan. 6, 2010** By: _____

Hissey Kientz, L.L.P.
Eric Walker, Esq.
David L. Friend, Esq.
9442 Capital of Texas Hwy N., Suite 400
Austin, TX 78759
Telephone: (512) 320-9100
Facsimile: (512) 320-9101
Attorneys for Plaintiff(s)

DATED: **Jan. 6, 2010** By: _____

DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 335-4500
Facsimile: (212) 335-4501
*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: __JAN 1 9 2010__

Hon. Charles R. Breyer
United States District Court

-2-